HYZER, School Trustee, *v.* BOARD OF SUP'RS OF ULSTER COUNTY.

*(Supreme Court, General Term, Third Department.* November 22, 1892.)

TAXATION—FOREST PRESERVE LANDS.

Under Laws 1886, c. 280, providing for taxing forest preserve lands, where the tax was duly approved by the comptroller and forest commissioners, and no irregularities are shown, it will be upheld.

Appeal from special term, Ulster county.

Application by Daniel Hyzer, sole trustee of school district No. 3 of the town of Hardenburgh, against the board of supervisors of the county of Ulster, for a writ of *mandamus.* From a judgment allowing the writ, defendant appeals. Affirmed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
*John F. Cloonan,* for appellant.  *Linson & Van Buren,* for respondent.

HERRICK, J.   The tax objected to was a tax on forest preserve lands.
Such lands are taxable.   Chapter 280, Laws 1886.   The moving affidavit,
which is not disputed, says that such tax was duly approved by the comp-
troller and forest commissioners.   The proceedings seem to have been regu-
lar all through.   If the proceedings were irregular in any respect, such irreg-
ularities should be pointed out.   It is not the case of attempting to enforce a
tax upon lands against a citizen, where it is a lien upon his lands, and by it
his property may be taken from him.   The court will not assume that there
are irregularities, but rather that the public officers have done their duty.

The order should be affirmed, with costs.   All concur.